**YM**

**FILED**

**JANUARY 3, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 45**

| | | | |
|---|---|---|---|
| LEWIS CATO, | ) | | |
| | ) | | |
| Plaintiff, | ) | Formerly Case No. 20074001802 | |
| | ) | | |
| v. | ) | In the Circuit Court of Cook County, | |
| | ) | Illinois, Municipal Department | |
| PERRY PAINTER, | ) | | |
| | ) | | |
| Defendant. | ) | | |

**JUDGE GUZMAN**
**MAGISTRATE JUDGE VALDEZ**

## NOTICE OF REMOVAL OF A CIVIL ACTION

To:   Clerk of the Court                    Lewis Carter, *Pro Se*
      Circuit Court of Cook County          5519 West 25th Streett, #7
      Richard J. Daley Center               Cicero, Illinois 60804
      Room 1001
      Chicago, Illinois 60602

The United States of America, by Patrick J. Fitzgerald, United States Attorney for the

Northern District of Illinois, submits this notice of removal of the above-captioned civil action from

the Circuit Court of Cook County, Municipal Department, Chicago, Illinois, to the United States

District Court, Northern District of Illinois, pursuant to 28 U.S.C. §2679, and in support states:

1. On September 14, 2007, plaintiff Lewis Cato filed a breach of contract claim against

defendant Perry Painter, a United States Postal Service employee, alleging that the Postal Service

lost several DVDs and would not reimburse him for their cost. The Postal Service was served with

a summons and copy of the complaint on December 19, 2007. Copies of all process, pleadings and

orders served upon the Postal Service are attached pursuant to 28 U.S.C. §1446(a) as Exhibit A.

2. This Notice of Removal is filed in accordance with 28 U.S.C. §2679(d) upon certification

by the designee of the Attorney General of the United States, that the defendant, Perry Painter, was

acting within the scope of his employment as a federal government employee at the time of the incident out of which the claim arose.  *See* Certification attached as Exhibit B.

3.  Notice of removal may be filed without bond at any time before trial.  Trial has not been had in this action.

4.  Pursuant to the Certification by the Attorney General's designee and the filing of this Notice of Removal, this civil action shall be deemed an action against the United States under 28 U.S.C. §2679, and the United States shall be substituted as the party defendant.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois, is properly removed to this United States District Court pursuant to 28 U.S.C. §2679(d).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Pierre C. Talbert
    PIERRE C. TALBERT
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4088
Dated:  January 3, 2008    pierre.talbert@usdoj.gov