**08 C 45**

**JUDGE GUZMAN**
**MAGISTRATE JUDGE VALDEZ**

# Exhibit A

Application and Affidavit to Sue or Defend as an Indigent Person  CCG N689A-25M-1/19/06 ( )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Louis CATO
Plaintiff/Petitioner

Perry Pointer
Defendant/Respondent

No. 2007400180 2
Calendar _____

## APPLICATION AND AFFIDAVIT TO SUE OR DEFEND AS AN INDIGENT PERSON

I, Louis CATO, the ☒ Plaintiff/Petitioner ☐ Defendant/Respondent herein, age 46,

☐ On my own behalf, OR as ☐ Parent, ☐ Guardian, ☐ Other _____ on behalf of _____ a(n) ☐ Minor OR ☐ Incompetent Adult, state and believe in good faith that ☐ I, or ☐ the person on whose behalf this petition is brought, have a meritorious ☐ claim/ ☐ defense.

☐ I have knowledge of the facts stated herein.

I am employed as a(n) SSI  Yearly gross salary $ 9,600.00 (before taxes)
Name of employer: _____  Telephone of employer: _____
Address of employer: _____
I am unemployed as of __/__/__
Last employer: _____  Telephone: _____
Address: _____
I began receiving Unemployment Compensation on __/__/__ in the amount of $ _____ (per month).
My spouse is employed as a(n) _____  Yearly gross salary $ _____ (before taxes)
Name of employer: _____  Telephone of employer: _____
Address of employer: _____
My spouse is unemployed as of __/__/__
Last employer: _____  Telephone: _____
Address: _____
My spouse began receiving Unemployment Compensation on __/__/__ in the amount of $ _____ (per month).

My other sources of income are: ☒ SSI ☒ Public Aid ☐ Child Support ☒ Food Stamps ☐ Family Assistance ☐ Foster Care ☐ Aid to the Aged, Blind and Disabled ☐ Temporary Assistance for Needy Families ☐ General Assistance ☐ State Transitional Assistance ☐ State Children and Family Assistance ☐ Other: _____ $ _____ (per month).

My available income is 125% or less of the current poverty level established by the United States Department of Health and Human Services.

The nature and value of property I own includes: ☐ Real Estate (Describe property, specify address, present value and mortgage and liens outstanding) _____

☐ Cash, bank accounts, etc. $ _____  ☐ Clothing and jewelry $ _____  ☐ Furniture, appliances, household goods $ _____
☒ Automobile - Model TOYOTA  Year 1993  Value $ 1,800.00

The names and ages of persons dependent on the applicant for support are: _____

I am paying child support in the amount of $ -0- per _____
I am paying spousal support in the amount of $ -0- per _____
My monthly living expenses (not including payment of debts and child support) are $ 600.00.
☐ I am eligible to receive civil legal services as defined in 735 ILCS 5/5-105.
☒ I am unable to pay the costs of this case, and to do so would cause a substantial hardship to me and my family.

Name: Louis CATO
Firm/Business Name: _____
Address: 5579 West 25th St Apt #1
City/State/Zip: Cicero, IL 60804
Telephone: _____

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that s/he verily believes the same to be true.

Louis Cato
Signature of Applicant

FILED
SEP 14 2007
DOROTHY BROWN
CLERK OF CIRCUIT COURT

(OVER)

DEC. 31. 2007 2:15PM USPS CHICAGO LHW                    NO. 283    P. 5
2121 - Alias Served  2121 - Alias Not Served  2621 - Alias Sec. of State     Filed 01/03/2008  Page 3 of 6
Case: 1:08-cv-00045  Document 1-2
Small Claims Summons (Claims not to exceed $10,000)                    CCM N751 A-150M-9/15/06

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**MUNICIPAL DEPARTMENT, _____ DISTRICT**

SCANNED

Name All Parties

Lewis CATO
_____ Plaintiff(s)
v.
Perry Pointer (074 1802)
_____ Defendant(s)
4222 W. Madison
Chicago, IL 60624
_____ Address of Defendant(s)

Case No. 2007M001802
Amount Claimed: $ 3,600.00
*Return Date: JAN 4, 2008
Trial Date: JAN 7, 2008
Time: 1:00 PM    Room: 1112

Please serve as follows: ☒ Certified Mail  ☐ Sheriff Service (Plaintiff check one)

**SMALL CLAIMS SUMMONS**
(Il. Sup. Ct. Rules 281-288)

To each Defendant:

YOU ARE SUMMONED and required:

1. To file your written appearance by yourself or your attorney and pay the required fee in
☐ District 1: Richard J. Daley Center; 50 West Washington, Room 602; Chicago, IL 60602
☐ District 2: 5600 Old Orchard Rd., Rm 136; Skokie, IL 60077     ☐ District 5: 10220 S. 76th Ave., Rm 121; Bridgeview, IL 60455
☐ District 3: 2121 Euclid, Rm 121; Rolling Meadows, IL 60008    ☐ District 6: 16501 S. Kedzie Pkwy, Rm 119; Markham, IL 60428
☐ District 4: 1500 Maybrook Dr., Rm 236; Maywood, IL 60153

on* JAN 4, 2008, (Return Date)

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 3 days before the day for appearance.

THERE WILL BE A FEE TO FILE YOUR APPEARANCE. SEE FEES ON THE REVERSE SIDE OF THIS FORM.

Atty. No.: _____         Pro Se 99500
Name: Lewis CATO
Atty. for: _____
Address: 1519 W. 25th St #7
City/State/Zip: Cicero, IL 60804
Telephone: _____

WITNESS, 12/4/07
_____
DOROTHY BROWN, Circuit Court Clerk

☒ Service by Certified Mail: _____
                              (Date)
☐ Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

SEE REVERSE SIDE

*NOTICE TO PLAINTIFF: Not less than 14 or more than 40 days after issuance of Summons)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ORIGINAL - COURT FILE

Complaint-Verified (This form replaces CCMD-8A)　　　　CCM N008-150M-1/21/04 (3335092)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Lewis Cato

Plaintiff(s)

v.

Perry painter

Defendant(s)

No. 20074001802
CALENDAR/ROOM 0112
TIME 23:00
Breach of Contract

Contract _____

Amount Claimed $ 3,600.00

Return Date Oct 12, 2007

## COMPLAINT

The Plaintiff(s) claim(s) as follows: Breach of contract. Now comes Lewis Cato. Between August & Dec 2006 items never arrived at my home, after speaking with the mail people and others like Ms Mendoz and Wanda Roberts, Kevin Richards, Ed Howard, Pamala Franklin, Mark Anderson, and Perry painter, all stonewalled me for the last year. I have waited trying to be fair and reasonable, but Mr painter and I spoke about resolving this on 9-6-07 then he said he would call me on 9-7-07 but he never spoke with me, so I would like the court to grant my claim for this amount.

_Lewis Cato_ , certify that I am the _____
(Name)　　　　　　　　　　　　　　　　(Name of Attorney if applicable)
Plaintiff in the above entitled action. The allegations in this complaint are true.

Atty. No.: _____　Pro Se 99500　　Dated: 9-14, 2007

Atty. (or Pro Se Plaintiff)

Name: Lewis Cato
Address: 5519 West 25th st #7
City/State/Zip: Cicero, IL 60804
Telephone: 708 477 6229

_Lewis Cato_
Signature

☐ Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the above signed certifies that the statements set forth herein are true and correct.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

# Exhibit B

## CERTIFICATION

Pursuant to the provisions of 28 U.S.C. § 2679, as amended, and by virtue of the authority delegated to me by the Attorney General under 28 C.F.R. § 15.4 and through the United States Attorney for the Northern District of Illinois, I hereby certify that I have read the complaint in *Lewis Cato v. Perry Pointer*, No. 20074001802 (Circuit Court of Cook County, Illinois, Municipal Department), and that on the basis of the information now available with respect to the incidents referred to therein, I certify that defendant Perry Pointer was acting within the scope of his employment as an employee of the United States at the time of the incidents out of which the claims arose.

Dated: January 2, 2008

*Thomas Walsh*
THOMAS P. WALSH
Chief, Civil Division
Office of the United States Attorney
  for the Northern District of Illinois