**YM**

**08 C 45**

**FILED**
**JANUARY 3, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEWIS CATO,           ) | |
|                      ) | |
|    Plaintiff,        ) | |
|                      ) | Formally Case No. 20074001802 (Cir. |
|       v.             ) | Ct. Cook County, Illinois (Municipal |
| PERRY PAINTER,        ) | Department) |
|                      ) | |
|    Defendant.        ) | |

**JUDGE GUZMAN**
**MAGISTRATE JUDGE VALDEZ**

### NOTICE OF FILING

To:   Clerk of the Court                          Lewis Cato, *Pro Se*
      Circuit Court of Cook County                5519 West 25th Street, #7
      Daley Center, Room 1001                     Cicero, Illinois 60804
      Chicago, Illinois 60602

PLEASE TAKE NOTICE that on January 3, 2008, the United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, filed a Notice of Removal of a Civil Action in the above-referenced action, a copy of which is submitted herewith.

                                Respectfully submitted,

                                PATRICK J. FITZGERALD
                                United States Attorney

                                By:
                                   s/Pierre C. Talbert
                                   PIERRE C. TALBERT
                                   Assistant United States Attorney
                                   219 South Dearborn Street
                                   Chicago, Illinois 60604
                                   (312) 353-4088
                                   pierre.talbert@usdoj.gov