

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Lewis Cato_
(Please print)

STREET ADDRESS: _5519 West 25th St_

CITY/STATE/ZIP: _Cicero IL 60804_

PHONE NUMBER: _708 656 5291_

CASE NUMBER: _08 C 45_

_Lewis Cato_                                                                 _1-26-08_
Signature                                                                              Date

# FILED

FEB 12 2008   TG

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT