# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Lewis Cato

        Plaintiff,

v.                                   Case No.: 1:08−cv−00045
                                      Honorable Ronald A. Guzman

Perry Painter

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Status hearing held on 2/20/2008. Defendant's motion to dismiss to be filed on or before 3/5/2008. Plaintiff's response to be filed on or before 4/4/08. Defendant's reply to be filed on or before 4/18/08. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.