# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEWIS CATO, | ) | |
| | ) | |
| Plaintiff, | ) | Formally Case No. 20074001802 |
| | ) | (Cir. Ct. Cook County, Illinois |
| | ) | (Municipal Department) |
| v. | ) | |
| | ) | |
| PERRY PAINTER, | ) | Judge Guzman |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **DECLARATION**

I, Gracia E. Carter, come pursuant to 28 United States Code §1746, and state as follows:

1. I am an adult, competent and have personal knowledge of the facts contained herein.

2 I am employed by the United States Postal Service as a Paralegal Specialist in the Law Department's Chicago Field Office.

3. I have reviewed the records maintained in the national registry and there is no record that plaintiff, Lewis Cato, or authorized agent or legal representative, has presented to the Postal Service an executed Standard Form 95 (Claim for Damage, Injury or Death) or other written notification of allegations of the Postal Service mishandling the mail, accompanied by a claim for money damages in a sum certain on behalf of Lewis Cato's alleged injuries, damages or loss as required by the Federal Tort Claims Act, 28 U.S.C. §2675(a), and the

regulations promulgated pursuant to that Act, 28 C.F.R. §14.2 and 39 C.F.R. §912.5.

    I have read this declaration and declare under penalty of perjury under the laws of the United States of America that the information contained in the foregoing is true and correct.

Dated: February 20, 2008        *Gracia E. Carter*
                                             GRACIA E. CARTER