# United States District Court

## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| CATO | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 45 |
| PAINTER | |

☐   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■   Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Minute Order, the Court grants defendant's motion to dismiss [doc. no. 7] and hereby terminates this case.

                                      Michael W. Dobbins, Clerk of Court

Date: 5/7/08                                      _____

                                      /s/ Carole Gainer, Deputy Clerk