# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Plaintiff(s) LUIS CATO

Case Number: 08 C 45

v.

Defendant(s) United States of America post office

Judge: GUZMAN

**FILED**
JUN - 9 2008
6-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, LUIS CATO, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:
   I tryed to get Jeff Landry 312 759-7942, and other attorneys I tryed Bryan Braiddo.

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [X] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Luis Cato
Movant's Signature

5519 West 25th st #7 Rear Building
Street Address

2-28-08
Date

Cicero, IL 60804
City, State, ZIP

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 2-29-08

_Luis Cato_
Signature of Applicant

_LUIS CATO_
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $_____ on account to his/her credit at (name of institution) _____.

I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.

(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_____          _____
DATE                     SIGNATURE OF AUTHORIZED OFFICER

_____
(Print name)

rev. 10/10/2007

OFFICE OF THE UNITED STATES ATTORNEY
FOR THE NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN, 5ᵀᴴ FLOOR
CHICAGO, IL 60604

PLEASE NOTE:   This is the United States Attorney's Office, which is staffed by lawyers who represent the United States government and various federal agencies. This office does not provide legal advice to private individuals. While we prosecute violations of federal criminal law, this office does not conduct investigations independently of these agencies. We will be happy to forward the information you provide to the appropriate agency. Please print a brief summary of your complaint or the information you wish to furnish on the back of this form. Be as specific as possible. Your information will be given to the appropriate state, local or federal agency for review and possible investigation. If necessary, they will contact you. You may complete the form here and leave it with the receptionist or take it with you and mail it to the above address.

Date: 3-1-08

Your name: LUIS CATO

Address: 5519 West 25ᵗʰ ST #7
Rear Back of Building

Telephone: 708 656 5291

Date of birth: 12-20-1960

Social security no.: 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

Have you ever presented a complaint or information to this office before? no
If so, when? _____

List all the public agencies you have contacted regarding this matter: Legal clinic
Kent college, John marshall, and private lawyers.

If you were referred to this office by any agency or public official, provide the name:
Myself.

List of possible violator(s): y OR other post mail UA Stoled 57 DVD By scaning items and keeping. Law ter is called (conversion

Name: Dennis Hallberg

Address: 9601 S. Millard Ave
Evergreen park, IL 60805

Telephone: 708 423 1747

If you have an attorney representing you in this matter, give name and address: no

Is there any court action pending? yes

If yes, case # and court: 08 C 45
Guzman Room 1219

If you have any relevant documents, please attach copies only – do not attach original documents.

Summary: Between August 27, 2006 → then Dec 31, 2006 57 DVDS were scanned by mailman and stoled them. I spoke with Dennis Hallberg and I was told by Dennis that a year before another mailman was caught scaning items and keeping them for himself. I was told in Sept 2007 by another Hispanic mailman that there were 3 mailman caught scaning items and were fired. I told him my problem, and he told me to tell the new guy perry pointer who took over for mendoza. I gave MR pointer copies of claims form 1000, which I was told to file in order to claim stole items. MR pointer told me he would turn over all copies I gave him to postal inspector. But postal inspector never called me, so I sued United States of America post office for shelding there employees from criminal actions. I noticed how government post office civilian workers cover for each other, and protect and cover there crimes, MR pointer never called, MRS mendoza never called, MR Guzman does not care, pamela Franklin from Wisconsin also never called, mack anderson from St Louis office promised to look into theft but avoided me after, people at St Louis office all avoided me, when it comes to compensation of a layperson like me for 4,000.00 dollars post office stonewalls my answers. Everyone gave me doubletalk and danced around my issue.

PLEASE BE ADVISED THAT WILLFULLY FURNISHING FALSE INFORMATION TO A FEDERAL AGENCY MAY CONSTITUTE A VIOLATION OF FEDERAL CRIMINAL LAW WITH PENALTIES OF FIVE YEARS IMPRISONMENT, A FINE OF $10,000, OR BOTH.

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| Assigned Judge: | | Case Number: | |
|---|---|---|---|
| Case Title: | | | |
| Appointed Attorney's Name: | | | |
| If this case is still pending, please check box ☐ | | | |

| Assigned Judge: | | Case Number: | |
|---|---|---|---|
| Case Title: | | | |
| Appointed Attorney's Name: | | | |
| If this case is still pending, please check box ☐ | | | |

| Assigned Judge: | | Case Number: | |
|---|---|---|---|
| Case Title: | | | |
| Appointed Attorney's Name: | | | |
| If this case is still pending, please check box ☐ | | | |

| Assigned Judge: | | Case Number: | |
|---|---|---|---|
| Case Title: | | | |
| Appointed Attorney's Name: | | | |
| If this case is still pending, please check box ☐ | | | |